(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Papke, Jr., Gary Frank** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Papke, Amy Lynne** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**Individually and as Officer and director of Glass Penguins, Inc. d/b/a Monarch Communications, and Officer and director of Monarch Telecom, Inc.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**d/b/a No Limits (inactive)** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-6100** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-3447** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**830 High Street**<br>**Victor, NY 14564** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**830 High Street**<br>**Victor, NY 14564** |
| County of Residence or of the<br>Principal Place of Business:   **Ontario** | County of Residence or of the<br>Principal Place of Business:   **Ontario** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address):<br><br>O3.25079 |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business    ☐ Business | | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Papke, Jr., Gary Frank**<br>**Papke, Amy Lynne** | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **Gary Frank Papke, Jr.**

X _____
Signature of Joint Debtor **Amy Lynne Papke**

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)
**Kenneth W. Gordon, Esq.**
_____
Printed Name of Attorney for Debtor(s)
**Gordon & Schaal, LLP.**
_____
Firm Name
**100 Meridian Centre Blvd., Suite 120**
**Rochester, NY 14618**
_____
Address
**(585) 244-1070**
_____
Telephone Number
12/18/03
_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13, of title 11, United States Code, and have explained the relief available under each such chapter.

X _____  12/18/03
Signature of Attorney for Debtor(s)         Date
**Kenneth W. Gordon, Esq.**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of New York

In re    **Gary Frank Papke, Jr.,**
        **Amy Lynne Papke**

Case No. _____

Debtors

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 169,000.00 | | |
| B - Personal Property | Yes | 4 | 15,010.94 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 150,954.88 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 4 | | 99,112.89 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 441,531.27 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,075.75 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,333.60 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 184,010.94 | | |
| Total Liabilities | | | | 691,599.04 | |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL       Best Case Bankruptcy

In re  **Gary Frank Papke, Jr.,**
       **Amy Lynne Papke**

Case No. _____

_____,
                    Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Single family dwelling located at 830 High Street, Victor, New York 14564 | Owners | J | 169,000.00 | 150,954.88 |

|  | Sub-Total > | 169,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 169,000.00 |  |

0 continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Gary Frank Papke, Jr.,**
　　　　**Amy Lynne Papke**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | J | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at National Bank of Geneva** | J | 150.00 |
| | | **Savings account at National bank of Geneva- custodial account for daughter** | J | 181.00 |
| | | **Savings account National Bank of Geneva - custodial for son** | J | 153.00 |
| | | **Checking account at Canandaigua National Bank** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Basic household furnishings, 1 32" TV, 2 VCR's, DVD Player, Washer, dryer, stereo system, livingroom sofa and chair, diningroom table and chairs, desk, book shelves,** | J | 2,500.00 |
| | | **1 Computer Celeron, 1 GHz w/monitor** | J | 100.00 |
| | | **13" Panasonic, TV, 19" RCA TV** | J | 150.00 |
| | | **1 Pool Table** | J | 300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **50 `CD's** | J | 50.00 |
| | | **Dream Sickle figurine collection** | W | 190.00 |
| 6. Wearing apparel. | | **Clothing** | J | 350.00 |
| 7. Furs and jewelry. | | **Ebel watch, Movado watch, .5k diamond engagement ring; garnet ring and emerald and diamond ring** | J | 1,150.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　　**5,294.00**
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property.

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

In re　**Gary Frank Papke, Jr.,**
　　**Amy Lynne Papke**

Case No. _____

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1 Wedding band | H | 100.00 |
| | | 1 Wedding band | W | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 1 Digital Camera | J | 125.00 |
| | | 1 35mm camera w/lens | J | 175.00 |
| | | 1 Ruger 357 hand gun | H | 100.00 |
| | | 1 Bryco hand gun 380 | H | 45.00 |
| | | 1 Winchester 1200 | H | 125.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life insurance through Jefferson Pilot Life | W | 800.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401(k) Plan through work | H | 3,993.49 |
| | | 401 (k) plan through work | W | 2,828.45 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Glass Penguins, Inc. | H | 0.00 |
| | | Monarch Telecom, Inc. | H | 0.00 |
| | | Sutherland Group LTD | H | 0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >　　**8,341.94**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Gary Frank Papke, Jr.,**                Case No. _____

          **Amy Lynne Papke**

_____ ,

Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Potential 2003 Tax Refund** | J | 0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Case 2:03-25079-PRW,    Doc 1,   Filed 12/22/03,   Entered 12/24/03 15:29:52,
Description: Main Document , Page 7 of 47

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **Gary Frank Papke, Jr.,**
  **Amy Lynne Papke**
  Case No. _____

  ,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | | 1 Craftsman riding lawn mower 48" | H | 350.00 |
| | | 1 Craftsman rotor-tiller | H | 200.00 |
| | | 1 Craftsman lawn edger | H | 75.00 |
| | | 1 Craftsman power washer | H | 250.00 |
| | | Misc. handtools and power tools | H | 500.00 |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 1,375.00 |
| Total > | 15,010.94 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Gary Frank Papke, Jr.,**                                   Case No. _____
         **Amy Lynne Papke**

_____,
                          Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single family dwelling located at 830 High Street, Victor, New York 14564** | **NYCPLR § 5206(a)** | 18,045.12 | 169,000.00 |
| **Household Goods and Furnishings** | | | |
| **Basic household furnishings, 1 32" TV, 2 VCR's, DVD Player, Washer, dryer, stereo system, livingroom sofa and chair, diningroom table and chairs, desk, book shelves,** | **NYCPLR § 5205(a)(5)** | 2,500.00 | 2,500.00 |
| **Wearing Apparel** | | | |
| **Clothing** | **NYCPLR § 5205(a)(5)** | 350.00 | 350.00 |
| **Furs and Jewelry** | | | |
| **1 Wedding band** | **NYCPLR § 5205(a)(6)** | 100.00 | 100.00 |
| **1 Wedding band** | **NYCPLR § 5205(a)(6)** | 50.00 | 50.00 |
| **Interests in Insurance Policies** | | | |
| **Life insurance through Jefferson Pilot  Life** | **NY Ins. Law § 3212** | 800.00 | 800.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k) Plan through work** | **Debtor & Creditor Law § 282(2)(e)** | 3,993.49 | 3,993.49 |
| **401 (k) plan through work** | **Debtor & Creditor Law § 282(2)(e)** | 2,828.45 | 2,828.45 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Misc. handtools and power tools** | **NYCPLR § 5205(a)(7)** | 500.00 | 500.00 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

Form B6D
(12/03)

In re    **Gary Frank Papke, Jr.,**                                          Case No. _____
         **Amy Lynne Papke**

_____,
                                    Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **317-3** <br><br> **Countrwide Home Loans, Inc.** <br> **7105 Corporate Drive** <br> **Plano, TX 75024-4100** | | J | **12/14/01** <br><br> **1st Mortgage** <br><br> **Single family dwelling located at 830 High Street, Victor, New York 14564** <br><br> Value $                **169,000.00** | | | | **133,891.55** | **0.00** |
| Account No. **7434** <br><br> **Countrwide Home Loans, Inc.** <br> **7105 Corporate Drive** <br> **Plano, TX 75024-4100** | | J | **12/26/01** <br><br> **2nd Mortgage** <br><br> **Single family dwelling located at 830 High Street, Victor, New York 14564** <br><br> Value $                **169,000.00** | | | | **17,063.33** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br><br> Value $ | | | | | |
| **0**    continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | **150,954.88** | |
| | | | | | Total <br> (Report on Summary of Schedules) | | **150,954.88** | |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E
(12/03)

In re    **Gary Frank Papke, Jr.,**                                      Case No. _____
         **Amy Lynne Papke**
_____,
                                                    Debtors
# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Case 2-03-25079-PRW,    Doc 1,    Filed 12/22/03    Entered 12/24/03 15:29:52,
_____ continuation sheets attached
Description: Main Document , Page 11 of 47

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(12/03)

In re    **Gary Frank Papke, Jr.,**
       **Amy Lynne Papke**

Case No. _____

_____
Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. <br><br> Joe Tallarida <br> c/o Donna Marianetti, Esq. <br> 30 W. Broad Street, Suite 101 <br> Rochester, NY 14614 | X | H | | | Potential commission claim against Glass Penguins, Inc. for which husband was principal officer. | X | X | X | 4,391.39 | 4,391.39 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)     4,391.39

Case 2-03-25079-PRW,   Doc 1,   Filed 12/22/03,   Entered 12/24/03 15:29:52,
Description: Main Document , Page 12 of 47

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

Form B6E - Cont.
(12/03)

In re    **Gary Frank Papke, Jr.,**                                 Case No. _____
         **Amy Lynne Papke**

_____ ,
                                        Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. **16-1459916**<br><br>**IRS<br>Special Procedures Section<br>P.O. Box 266<br>Niagara Square Station<br>Buffalo, NY 14201** | X | H | | | | Withholding + interest + penalty for Glass Penguins, Inc. | X | X | | 24,082.96 | 24,082.96 |
| Account No. **16-1459916**<br><br>**New York State Dept. of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205** | X | H | | | | 10/31/2003<br><br>Withholding + interest + penalty for Glass Penguins, Inc. | X | X | | 3,813.56 | 3,813.56 |
| Account No. **16-1459916**<br><br>**New York State Dept. of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205** | X | H | | | | Audit - Sales, includes penalty + interest for Glass Penguins, Inc. | X | X | | 42,836.03 | 42,836.03 |
| Account No. **16-1459916**<br><br>**New York State Dept. of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205** | X | H | | | | 5/31/2003<br><br>Sales tax for Glass Penguins, Inc. | X | X | | 13,151.54 | 13,151.54 |
| Account No. **16-1459916**<br><br>**New York State Dept. of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205** | X | H | | | | 8/31/2003<br><br>Sales tax for Glass Penguins, Inc. | X | X | | 5,153.73 | 5,153.73 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

           Subtotal
(Total of this page)              89,037.82

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re     **Gary Frank Papke, Jr.,**            Case No. _____
          **Amy Lynne Papke**
_____,
                                    Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **16-1459916**<br><br>**New York State Dept. of Tax & Finance**<br>**Bankruptcy Unit**<br>**P.O. Box 5300**<br>**Albany, NY 12205** | X | H | | 11/30/2003<br><br>**Sales tax for Glass Penguins, Inc.** | X | X | | 5,644.49 | 5,644.49 |
| Account No. **16-1459916**<br><br>**New York State Dept. of Tax & Finance**<br>**Bankruptcy Unit**<br>**P.O. Box 5300**<br>**Albany, NY 12205** | X | H | | 9/30/2003<br><br>**Withholdings for Glass Penguins, Inc.** | X | X | | 39.19 | 39.19 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 5,683.68 | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 99,112.89 | |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F
(12/03)

In re    **Gary Frank Papke, Jr.,**                                Case No. _____
         **Amy Lynne Papke**

_____,
                                       Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6634** <br><br> **American Express Business Finance** <br> **P.O. Box 660494** <br> **Dallas, TX 75266-0494** | X | W | | **Corporate debt - disputed personal guaranty** | X | X | X | 17,807.37 |
| Account No. <br><br> Representing: <br> **American Express Business Finance** | | | | **HP & Associates** <br> **4500 East Speedway, Suite 12** <br> **Tucson, AZ 85712** | | | | |
| Account No. **1002** <br><br> **American Express Centurion Bank** <br> **Suite 0002** <br> **Chicago, IL 60679-0002** | X | W | | **Corporate debt disputed personal guaranty** | X | X | X | 15,072.09 |
| Account No. <br><br> Representing: <br> **American Express Centurion Bank** | | | | **NCO Financial Systems, Inc.** <br> **re: American Express Centurion Bank** <br> **P.O. Box 41747** <br> **Philadelphia, PA 19101-1457** | | | | |

_**9**___ continuation sheets attached                                     Subtotal <br> (Total of this page)      **32,879.46**

Case 2-03-25079-PRW,   Doc 1,   Filed 12/22/03,   Entered 12/24/03 15:29:52,
Description: Main Document , Page 15 of 47

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     S/N:27535-031202   Best Case Bankruptcy

In re    **Gary Frank Papke, Jr.,**
         **Amy Lynne Papke**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 005680694<br><br>American International Companies<br>P.O. Box 382014<br>Pittsburgh, PA 15250-8014 | X | H | | Business expense - disputed personal guaranty | X | X | X | 6,984.00 |
| Account No.<br><br>Representing:<br>American International Companies | | | | D&B RMS<br>P.O. Box 4647<br>Lutherville Timonium, MD 21094-4647 | | | | |
| Account No. 007087<br><br>Anixter<br>2301 Patriot<br>Glenview, IL 60025-0779 | X | H | | Business expense - disputed personal guaranty | X | X | X | 3,242.49 |
| Account No.<br><br>Atkell, Inc. d/b/a Atkell Temps<br>23 Coach Street, Suite D<br>Canandaigua, NY 14424 | X | H | | Business expense - disputed personal guaranty | X | X | X | 4,541.17 |
| Account No.<br><br>Representing:<br>Atkell, Inc. d/b/a Atkell Temps | | | | Robert Gitlin, Esq.,<br>16 E. Main Street, Suite 2000<br>Rochester, NY 14614 | | | | |

Sheet no. __**1**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,767.66

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Gary Frank Papke, Jr.,**
      **Amy Lynne Papke**
                                                                Case No. _____

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 023399/C015732 | | | | Business debt - disputed personal guaranty | | | | |
| C&J Leasing Corp. P.O. Box 6676 Saint Louis, MO 63166-6767 | X | H | | | X | X | X | 439.60 |
| Account No. 3123 | | | | Consumer Credit | | | | |
| Capital One P.O. Box 85064 Glen Allen, VA 23058 | | | J | | | | | 650.05 |
| Account No. 9910 | | | | Consumer Credit | | | | |
| Capital One P.O. Box 85064 Glen Allen, VA 23058 | | | J | | | | | 886.33 |
| Account No. 3445 | | | | Business debt | | | | |
| Capital One, F.S.B. P.O. Box 25131 Richmond, VA 23276-0001 | X | H | | | | | | 702.08 |
| Account No. P20285 | | | | Business expense - disputed personal guaranty | | | | |
| Catalyst Direct 110 Marina Drive Rochester, NY 14626 | X | H | | | X | X | X | 17,380.00 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     20,058.06

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Gary Frank Papke, Jr.,**                           Case No. _____
         **Amy Lynne Papke**
_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Representing:<br>**Catalyst Direct** | | | | **Boylan, Brown, Code, Vigdoe & Wilson, LL**<br>**re: Catalyst Direct**<br>**2400 Chase Square**<br>**Rochester, NY 14604** | | | | |
| Account No. **9268554**<br><br>**Chrysler Financial**<br>**6711 Towpath Road**<br>**East Syracuse, NY 13057** | X | H | | **Balance on business lease - personal guaranty** | | | | 506.42 |
| Account No. **8765**<br><br>**Citi**<br>**701 E. 60th St. N.**<br>**Sioux Falls, SD 57104** | | H | | **Consumer expense** | | | | 11,657.00 |
| Account No. **374-00**<br><br>**Citicaptial Technology Finance**<br>**P.O. Box 8500-9805**<br>**Philadelphia, PA 19178** | X | H | | **Business expenses - Personal guaranty** | | | | 15,927.62 |
| Account No.<br><br>Representing:<br>**Citicaptial Technology Finance** | | | | **McCarthy, Burgess & Wolff**<br>**The MB&W Builidng**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | | | | |

Sheet no. __3__ of __9__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)          **28,091.04**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Gary Frank Papke, Jr.,**
       **Amy Lynne Papke**

Case No. _____

_____,
               Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **59150**<br><br>**Clear Channel Communications**<br>**207 Midtown Plaza**<br>**P.O. Box 40400**<br>**Rochester, NY 14604** | X | H | **Business expenses - disputed personal guaranty** | X | X | X | 6,120.00 |
| Account No. **9693**<br><br>**Exxon Mobil**<br>**P.O. Box 103143**<br>**Roswell, GA 30076** | X | J | **Business debt** | | | | 8,701.41 |
| Account No. **7139**<br><br>**First Card USA - Bank One**<br>**1001 Jefferson Plaza**<br>**Bear, DE 19701** | | J | **Consumer Credit** | | | | 8,948.37 |
| Account No. **3906**<br><br>**First Card USA - Bank One**<br>**1001 Jefferson Plaza**<br>**Bear, DE 19701** | | J | **Consumer Credit** | | | | 6,776.83 |
| Account No. **7219**<br><br>**First Card USA - Bank One**<br>**1001 Jefferson Plaza**<br>**Bear, DE 19701** | | J | **Consumer Credit** | | | | 3,621.16 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,167.77

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Gary Frank Papke, Jr.,**  Case No. _____
       **Amy Lynne Papke**
       _____,
                          Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **unknown** <br><br> **Fleet Credit Card** <br> **200 Tournament Drive** <br> **Horsham, PA 19044** | | J | **Consumer Credit** | | | | 1.00 |
| Account No. **3386** <br><br> **Fleet Credit Card** <br> **200 Tournament Drive** <br> **Horsham, PA 19044** | | J | **Consumer Credit** | | | | 5,231.19 |
| Account No. **5802** <br><br> **Ford Motor Credit Company** <br> **P.O. Box 31111** <br> **Tampa, FL 33631-3111** | X | H | **Guarantee of Corp. debt** | | | | 2,984.01 |
| Account No. <br><br> **Ford Motor Credit Company** <br> **P.O. Box 31111** <br> **Tampa, FL 33631-3111** | X | H | **Guarantee of corp. debt** | | | | 3,000.00 |
| Account No. **742110041** <br><br> **Frontier Telephone of Rochester** <br> **P.O. Box 23008** <br> **Rochester, NY 14692-3008** | X | H | **Business expense** | | | | 23,798.44 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **35,014.64**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re        **Gary Frank Papke, Jr.,**                                    Case No. _____
             **Amy Lynne Papke**
             _____,
                                            Debtors
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2145** <br><br> **GE Corporate Plus** <br> **P.O. Box 410420** <br> **Salt Lake City, UT 84141** | X | W | | **Business credit card** | | | | 15,546.64 |
| Account No. **71457** <br><br> **GMAC** <br> **P.O. Box 7041** <br> **Troy, MI 48007-7041** | X | H | | **Balance due on business lease** | | | | 3,339.36 |
| Account No. **7643** <br><br> **Home Depot THD/CBUSA** <br> **P.O. Box 9714** <br> **Johnson City, TN 37615** | | | J | **Consumer Credit** | | | | 665.39 |
| Account No. **59889** <br><br> **Infinity Broadcasting Corporation** <br> **1700 HSBC Plaza** <br> **Rochester, NY 14604** | X | H | | **Business expenses - disputed personal guaranty** | X | X | X | 14,056.88 |
| Account No. <br><br> **Representing:** <br> **Infinity Broadcasting Corporation** | | | | **Relin, Goldstein & Crane** <br> **re: Infinity Broadcasting** <br> **1800 First Federal Plaza** <br> **Rochester, NY 14614** | | | | |

Sheet no. __6__ of __9__ sheets attached to Schedule of                         Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          33,608.27

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Gary Frank Papke, Jr.,**  Case No. _____
       **Amy Lynne Papke**
_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **60-208891**<br><br>**Ingram Micro**<br>**P.O. Box 65610**<br>**Charlotte, NC 28265-5610** | X | H | | Business expense - disputed personal guaranty | X | X | X | 7,272.00 |
| Account No.<br><br>**InSciTek MicroSystems, Inc.**<br>**635 Crosskeys Office Park**<br>**Fairport, NY 14450** | X | H | | Business Expenses- disputed personal guaranty | X | X | X | 10,800.00 |
| Account No. **2011**<br><br>**MBGA/JC Penney**<br>**P.O. Box 981131**<br>**El Paso, TX 79998** | | W | | Consumer Credit | | | | 1,993.97 |
| Account No.<br><br>**Mercedes Benz Credit Corporation**<br>**P.O. Box 685**<br>**Roanoke, TX 76262** | X | H | | Personal guaranty of business lease | | | | 7,908.00 |
| Account No. **0861**<br><br>**National Bank of Geneva**<br>**2 Seneca Street**<br>**Box 193**<br>**Geneva, NY 14456** | | H | | Guarantee of corp. debt | | | | 62,876.00 |

| | | |
|---|---|---|
| Sheet no. __7__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 90,849.97 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re    **Gary Frank Papke, Jr.,**
        **Amy Lynne Papke**
                                       Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **964680082** <br><br> **Nextel Partners, Inc.**<br>**P.O. Box 4192**<br>**Carol Stream, IL 60197-4192** | X | H | | **Business Cell phone service - disputed personal guaranty** | X | X | X | **5,127.48** |
| Account No. <br><br> **Representing:**<br>**Nextel Partners, Inc.** | | | | **Allied Collection Services, Inc.**<br>**3080 S. Durango Drive**<br>**Suite 208**<br>**Las Vegas, NV 89117** | | | | |
| Account No. **1841924** <br><br> **Pitney Bowes Credit Corporation**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | X | H | | **Business expense - disputed personal guaranty** | | | | **370.82** |
| Account No. **3495** <br><br> **Sears**<br>**132200 Smith Rd.**<br>**Cleveland, OH 44130** | | J | | **Consumer Credit** | | | | **6,865.56** |
| Account No. <br><br> **Simcona Electronics Corp.**<br>**275 Mt. Read Blvd.**<br>**Rochester, NY 14606-0967** | X | H | | **Business expense** | | | | **76,619.17** |

Sheet no. __**8**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**88,983.03**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re     **Gary Frank Papke, Jr.,**
          **Amy Lynne Papke**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Representing:** **Simcona Electronics Corp.** | | | | **Fix, Spindelman, Brovitz & Goldman, P.C.** **1400 Crossroad Buildin** **2 State Street** **Rochester, NY 14614** | | | | |
| Account No. **00476000** **Toshiba** **9740 Irvine Blvd.** **Irvine, CA 92618** | X | H | | **Business Expense - disputed personal guaranty** | X | X | X | 56,106.00 |
| Account No. **52500** **Wesco Distribution, Inc.** **P.O. Box 641447** **Pittsburgh, PA 15264-1447** | X | H | | **Business expense - disputed personal guaranty** | X | X | X | 7,005.37 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 63,111.37 |
| Total (Report on Summary of Schedules) | 441,531.27 |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Gary Frank Papke, Jr.,**
         **Amy Lynne Papke**

Case No. _____

_____,
                                    Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **National City Auto Lease**<br>**P.O. Box 856168**<br>**Louisville, KY 40285-6168** | **Auto Lease ends 9/30/2004** |

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Gary Frank Papke, Jr.,**
   **Amy Lynne Papke**

Case No. _____

Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Glass Penguin, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Catalyst Direct<br>110 Marina Drive<br>Rochester, NY 14626 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Capital One, F.S.B.<br>P.O. Box 25131<br>Richmond, VA 23276-0001 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | C&J Leasing Corp.<br>P.O. Box 6676<br>Saint Louis, MO 63166-6767 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Ingram Micro<br>P.O. Box 65610<br>Charlotte, NC 28265-5610 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | InSciTek MicroSystems, Inc.<br>635 Crosskeys Office Park<br>Fairport, NY 14450 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Toshiba<br>9740 Irvine Blvd.<br>Irvine, CA 92618 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Exxon Mobil<br>P.O. Box 103143<br>Roswell, GA 30076 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Nextel Partners, Inc.<br>P.O. Box 4192<br>Carol Stream, IL 60197-4192 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Infinity Broadcasting Corporation<br>1700 HSBC Plaza<br>Rochester, NY 14604 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Clear Channel Communications<br>207 Midtown Plaza<br>P.O. Box 40400<br>Rochester, NY 14604 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Wesco Distribution, Inc.<br>P.O. Box 641447<br>Pittsburgh, PA 15264-1447 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Chrysler Financial<br>6711 Towpath Road<br>East Syracuse, NY 13057 |

  2   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Gary Frank Papke, Jr.,**                                    Case No. _____
         **Amy Lynne Papke**
_____,
                                    Debtors

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Pitney Bowes Credit Corporation<br>2225 American Drive<br>Neenah, WI 54956-1005 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Anixter<br>2301 Patriot<br>Glenview, IL 60025-0779 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Citicaptial Technology Finance<br>P.O. Box 8500-9805<br>Philadelphia, PA 19178 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | GE Corporate Plus<br>P.O. Box 410420<br>Salt Lake City, UT 84141 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | GMAC<br>P.O. Box 7041<br>Troy, MI 48007-7041 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | American International Companies<br>P.O. Box 382014<br>Pittsburgh, PA 15250-8014 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Atkell, Inc. d/b/a Atkell Temps<br>23 Coach Street, Suite D<br>Canandaigua, NY 14424 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Frontier Telephone of Rochester<br>P.O. Box 23008<br>Rochester, NY 14692-3008 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Simcona Electronics Corp.<br>275 Mt. Read Blvd.<br>Rochester, NY 14606-0967 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Ford Motor Credit Company<br>P.O. Box 31111<br>Tampa, FL 33631-3111 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Ford Motor Credit Company<br>P.O. Box 31111<br>Tampa, FL 33631-3111 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | American Express Centurion Bank<br>Suite 0002<br>Chicago, IL 60679-0002 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Joe Tallarida<br>c/o Donna Marianetti, Esq.<br>30 W. Broad Street, Suite 101<br>Rochester, NY 14614 |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Gary Frank Papke, Jr.,**
       **Amy Lynne Papke**
                                                                    Case No. _____

─────────────────────────────────────────────────
                         Debtors

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | IRS<br>Special Procedures Section<br>P.O. Box 266<br>Niagara Square Station<br>Buffalo, NY 14201 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | New York State Dept. of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | New York State Dept. of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | New York State Dept. of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | New York State Dept. of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | New York State Dept. of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | New York State Dept. of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, NY 12205 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | American Express Business Finance<br>P.O. Box 660494<br>Dallas, TX 75266-0494 |
| Glass Penguins, Inc.<br>1246 Commercial Drive, Suite 2<br>Farmington, NY 14425 | Mercedes Benz Credit Corporation<br>P.O. Box 685<br>Roanoke, TX 76262 |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Case 2-03-25079-PRW,   Doc 1,   Filed 12/22/03,   Entered 12/24/03 15:29:52,
Description: Main Document , Page 28 of 47

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re      **Gary Frank Papke, Jr.,**                                          Case No._____
           **Amy Lynne Papke**
_____,
                                          Debtors

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP<br>Son<br>Daughter | AGE<br>3<br>6 |
| **Married** | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | **Office Manager** |
| Name of Employer | **Monarch Telecom Inc.** | **Monarch Telecom Inc.** |
| How long employed | **1 Month** | **1 month** |
| Address of Employer | **7384 Boughton Hill Road**<br>**Victor, NY 14564** | **7384 Bouthon Hill Road**<br>**Victor, NY 14564** |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 3,250.00 | $ 1,906.67 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 3,250.00 | $ 1,906.67 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 711.84 | $ 104.52 |
| b. Insurance | $ 0.00 | $ 988.09 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) **401 (k)** | $ 65.00 | $ 38.13 |
| **Child's savings** | $ 86.67 | $ 86.67 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 863.51 | $ 1,217.41 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,386.49 | $ 689.26 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 2,386.49 | $ 689.26 |

TOTAL COMBINED MONTHLY INCOME      $ 3,075.75          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re **Gary Frank Papke, Jr.,**
**Amy Lynne Papke**

Case No. _____

_____
Debtors

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,278.00 |
| Are real estate taxes included?  Yes **X**  No _____ | |
| Is property insurance included?  Yes **X**  No _____ | |
| Utilities: Electricity and heating fuel | $ 280.00 |
| Water and sewer | $ 34.00 |
| Telephone | $ 70.00 |
| Other **Garbage** | $ 19.00 |
| Home maintenance (repairs and upkeep) | $ 150.00 |
| Food | $ 559.00 |
| Clothing | $ 275.00 |
| Laundry and dry cleaning | $ 15.00 |
| Medical and dental expenses | $ 225.00 |
| Transportation (not including car payments) | $ 173.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 465.95 |
| Charitable contributions | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 127.00 |
| Health | $ 0.00 |
| Auto | $ 133.00 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
| Auto | $ 488.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| Other | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 49.95 |
| Other **Childcare** | $ 963.70 |
| Other **School Lunch** | $ 28.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 5,333.60 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ **N/A** |
| B. Total projected monthly expenses | $ **N/A** |
| C. Excess income (A minus B) | $ **N/A** |
| D. Total amount to be paid into plan each _____ | $ **N/A** |

(interval)

# United States Bankruptcy Court
## Western District of New York

In re    **Gary Frank Papke, Jr.**
**Amy Lynne Papke**

Case No. _____

Debtor(s)

Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **28** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ 12-19-03 _____

Signature _____
**Gary Frank Papke, Jr.**
Debtor

Date _____ 12-19-03 _____

Signature _____
**Amy Lynne Papke**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re  **Gary Frank Papke, Jr.**
**Amy Lynne Papke**

Debtor(s)

Case No.  _____

Chapter  **7**  _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $104,847.00 | 2002 - Joint gross income |
| $100,341.00 | 2001 - Joint gross income |
| $55,269.75 | 2003 - Gross income for Husband |
| $39,058.10 | 2003 - Gross income for Wife |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                  SOURCE

## 3. Payments to creditors

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Countrywide Mortgage**<br>**P.O. Box 660694**<br>**Dallas, TX 75266-0694** | **9/16/03**<br>**10/16/03**<br>**11/16/03** | **$3,534.00** | **$0.00** |

None ■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Simcona Electronics Corporation vs. Glass Penguins, Inc. and Gary F. Papke, Jr.**<br>**Index 2003/011751** | **Consumer Credit Transaction** | **Supreme Court, State of New York, County of Monroe** | |
| **Infinity Broadcasting Corp vs. Glass Penguins, Inc. d/b/a Monarch Communications** | **Consumer Credit Transaction** | **State of New York Supreme Court County of Monroe** | **Summons and complaint served** |
| **Atkell, Inc. vs. Monarch Communications, Inc.** | **Consumer credit Transaction** | **Supreme Court, State of New York, County of Monroe** | |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Consumer Credit Counseling Service** <br> **50 Chestnut Plaza** <br> **Suite 500** <br> **Rochester, NY 14604** | **8/29/03** <br> **9/12/03** | **761.00** |
| **Gordon & Schaal, LLP** <br> **100 Meridian Centre Blvd., Suite 120** <br> **Rochester, NY 14618** | **12/ /2003** | **$850.00  attorney's fee** <br> **$209.00  filing fee** |

Case 2-03-25079-PRW,    Doc 1,    Filed 12/22/03,    Entered 12/24/03 15:29:52,
Description: Main Document  , Page 34 of 47

### 10. Other transfers

None ■   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None ■   If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

### 18 . Nature, location and name of business

None
☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.
　　If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.
　　If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **Monarch Telecom, Inc.** | | **1246 Commercial Drive., Suite 2 Farmington, NY 14425** | **Datacom/telecom** | |

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Glass Penguins Inc. | 16-1459916 | 1246 Commercial Dr., Suite 2 Farmington, NY 14425 | datacom/telecom | April 1994 - December 2003 |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Amy Papke** **830 High St.** **Victor, NY 14564** | |
| **Ronald Papke** **Wellington Drive** **Victor, NY 14564** | |


None ☐  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Shifferli, Bernardi & Rossi** | **100 Meridian Centre Boulevard** **Suite 310** **Rochester, NY 14618** | |


None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY         INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    _12-19-03_       Signature                                  
**Gary Frank Papke, Jr.**
Debtor

Date    _12-19-03_       Signature                                  
**Amy Lynne Papke**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Western District of New York

In re    **Gary Frank Papke, Jr.**
      **Amy Lynne Papke** _____    Case No. _____

                                               Debtor(s)          Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

     *a. Property to Be Surrendered.*

| **Description of Property** | **Creditor's name** |
|---|---|
| **-NONE-** | |

     *b. Property to Be Retained*                                   *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | **Single family dwelling located at 830 High Street, Victor, New York 14564** | **Countrwide Home Loans, Inc.** | **Debtor will retain collateral and continue to make regular payments.** | | |

Date   _/2 - 19 - 03_           Signature _____

                                                **Gary Frank Papke, Jr.**
                                                Debtor

Date   _/2 - 19 - 03_           Signature _____
                                                **Amy Lynne Papke**
                                                Joint Debtor

# United States Bankruptcy Court
## Western District of New York

In re    **Gary Frank Papke, Jr.**
       **Amy Lynne Papke**
                     Debtor(s)

Case No. _____

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $    **850.00** |
   | Prior to the filing of this statement I have received | $    **850.00** |
   | Balance Due | $    **0.00** |

2. $ **209.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, relief from stay actions, any other adversary or contested proceeding, which services will be performed on an additional hourly fee basis.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **12/19/03**

Kenneth W. Gordon, Esq.
Gordon & Schaal, LLP.
100 Meridian Centre Blvd., Suite 120
Rochester, NY 14618
(585) 244-1070

---

# United States Bankruptcy Court
## Western District of New York

In re   **Gary Frank Papke, Jr.**
       **Amy Lynne Papke** _____    Case No. _____

                                                      Debtor(s)      Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____12-19-03_____                    _____

                                                **Gary Frank Papke, Jr.**
                                                Signature of Debtor

Date: _____12-19-03_____                    _____

                                                **Amy Lynne Papke**
                                                Signature of Debtor

Allied Collection Services, Inc.
3080 S. Durango Drive
Suite 208
Las Vegas, NV 89117


American Express Business Finance
P.O. Box 660494
Dallas, TX 75266-0494


American Express Centurion Bank
Suite 0002
Chicago, IL 60679-0002


American International Companies
P.O. Box 382014
Pittsburgh, PA 15250-8014


Anixter
2301 Patriot
Glenview, IL 60025-0779


Atkell, Inc. d/b/a Atkell Temps
23 Coach Street, Suite D
Canandaigua, NY 14424


Boylan, Brown, Code, Vigdoe & Wilson, LL
re: Catalyst Direct
2400 Chase Square
Rochester, NY 14604


C&J Leasing Corp.
P.O. Box 6676
Saint Louis, MO 63166-6767


Capital One
P.O. Box 85064
Glen Allen, VA 23058


Capital One, F.S.B.
P.O. Box 25131
Richmond, VA 23276-0001


Catalyst Direct
110 Marina Drive
Rochester, NY 14626

Chrysler Financial
6711 Towpath Road
East Syracuse, NY 13057


Citi
701 E. 60th St. N.
Sioux Falls, SD 57104


Citicaptial Technology Finance
P.O. Box 8500-9805
Philadelphia, PA 19178


Clear Channel Communications
207 Midtown Plaza
P.O. Box 40400
Rochester, NY 14604


Countrwide Home Loans, Inc.
7105 Corporate Drive
Plano, TX 75024-4100


D&B RMS
P.O. Box 4647
Lutherville Timonium, MD 21094-4647


Exxon Mobil
P.O. Box 103143
Roswell, GA 30076


First Card USA - Bank One
1001 Jefferson Plaza
Bear, DE 19701


Fix, Spindelman, Brovitz & Goldman, P.C.
1400 Crossroad Buildin
2 State Street
Rochester, NY 14614


Fleet Credit Card
200 Tournament Drive
Horsham, PA 19044


Ford Motor Credit Company
P.O. Box 31111
Tampa, FL 33631-3111

Frontier Telephone of Rochester
P.O. Box 23008
Rochester, NY 14692-3008


GE Corporate Plus
P.O. Box 410420
Salt Lake City, UT 84141


GMAC
P.O. Box 7041
Troy, MI 48007-7041


Home Depot THD/CBUSA
P.O. Box 9714
Johnson City, TN 37615


HP & Associates
4500 East Speedway, Suite 12
Tucson, AZ 85712


Infinity Broadcasting Corporation
1700 HSBC Plaza
Rochester, NY 14604


Ingram Micro
P.O. Box 65610
Charlotte, NC 28265-5610


InSciTek MicroSystems, Inc.
635 Crosskeys Office Park
Fairport, NY 14450


IRS
Special Procedures Section
P.O. Box 266
Niagara Square Station
Buffalo, NY 14201


Joe Tallarida
c/o Donna Marianetti, Esq.
30 W. Broad Street, Suite 101
Rochester, NY 14614

MBGA/JC Penney
P.O. Box 981131
El Paso, TX 79998


McCarthy, Burgess & Wolff
The MB&W Builidng
26000 Cannon Road
Cleveland, OH 44146


Mercedes Benz Credit Corporation
P.O. Box 685
Roanoke, TX 76262


National Bank of Geneva
2 Seneca Street
Box 193
Geneva, NY 14456


NCO Financial Systems, Inc.
re: American Express Centurion Bank
P.O. Box 41747
Philadelphia, PA 19101-1457


New York State Dept. of Tax & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205


Nextel Partners, Inc.
P.O. Box 4192
Carol Stream, IL 60197-4192


Pitney Bowes Credit Corporation
2225 American Drive
Neenah, WI 54956-1005


Relin, Goldstein & Crane
re: Infinity Broadcasting
1800 First Federal Plaza
Rochester, NY 14614


Robert Gitlin, Esq.,
16 E. Main Street, Suite 2000
Rochester, NY 14614

Sears
132200 Smith Rd.
Cleveland, OH 44130


Simcona Electronics Corp.
275 Mt. Read Blvd.
Rochester, NY 14606-0967


Toshiba
9740 Irvine Blvd.
Irvine, CA 92618


Wesco Distribution, Inc.
P.O. Box 641447
Pittsburgh, PA 15264-1447